1  S. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  John Y. Kim (SBN 225248)
   Roland Au (SBN 270085)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  scalequalaccess@yahoo.com

5  Attorneys for Plaintiff, JUAN BRISENO

JS-6

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

11 JUAN BRISENO,                          Case No. **2:16-cv-05949-PA(JEMx)**

12         Plaintiff,                     **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

13     v.

14 2GO TESORO COMPANY D/B/A
   USA GASOLINE #63273; THRIFTY
15 OIL CO.; AND DOES 1 THROUGH
   10,
16
17         Defendants.

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire lawsuit be dismissed with prejudice in the above-entitled action.

SO ORDERED.

DATED: January 6, 2017  _____
Percy Anderson
United States District Judge